**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MARIA SANTIAGO,

    Plaintiff,

v.                                      Case No.:  8:16-cv-03013-MSS-JSS

HEALTHCARE REVENUE RECOVERY GROUP, LLC,

    Defendant.

**NOTICE OF MEDIATION**

**COMES NOW**, Plaintiff, MARIA SANTIAGO, by and through her undersigned counsel, and pursuant to this Honorable Court's Case Management and Scheduling Order (Doc. 16) dated March 17, 2017, hereby notifies the Court that the parties have agreed to conduct mediation on July 13, 2017, beginning at 1:30 p.m. at First Choice Reporting, Tampa City Center-PNC Bank Building, 201 N. Franklin Street, Suite 1775, Tampa, FL 33602, with James R. Betts, Esq. as mediator.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 7, 2017, a true copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                                        Respectfully submitted,

                                        */s/Stefan A. Alvarez*
                                        Stefan A. Alvarez, Esq.
                                        Florida Bar No.:  100681
                                        Stefan@TheConsumerProtectionFirm.com
                                        William Peerce Howard, Esq.
                                        Florida Bar No.: 0103330
                                        Billy@TheConsumerProtectionFirm.com
                                        The Consumer Protection Firm, PLLC
                                        210-A South MacDill Avenue
                                        Tampa, FL 33609
                                        Telephone: (813) 500-1500
                                        Facsimile: (813) 435-2369
                                        *Attorneys for Plaintiff*