UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIA SANTIAGO,

        Plaintiff,                              Case No.: 8:16-cv-03013-MSS-JSS

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC d/b/a ARS ACCOUNT
RESOLUTION SERVICES,

        Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT HEALTHCARE REVENUE RECOVERY GROUP, LLC

COMES NOW Plaintiff MARIA SANTIAGO, and Defendant HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ACCOUNT RESOLUTION SERVICE, by and through their undersigned counsel, and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted this 22nd day of May, 2017.

| | |
|---|---|
| */s/ Stefan A. Alvarez* | */s/ Mary Grace Dyleski* |
| Stefan A. Alvarez | Mary Grace Dyleski |
| Florida Bar No.: 100681 | Florida Bar No. 0143383 |
| Stefan@TheConsumerProtectionFirm.com | Ernest H. Kohlmyer, III |
| William Peerce Howard | Florida Bar No. 110108 |
| Florida Bar No.: 0103330 | kohlmyer@urbanthier.com |
| Billy@TheConsumerProtectionFirm.com | Urban Thier & Federer, P.A. |
| The Consumer Protection Firm, PLLC | 200 S. Orange Avenue, Suite 2000 |
| 210-A South MacDill Avenue | Orlando, FL 32801 |
| Tampa, FL 33609 | Tel: (407) 245-8352/Fax: (407) 245-8361 |
| Tel (813) 500-1500/Fax: (813) 435-2369 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing was served on May 22, 2017 via electronic transmission to the following: Ernest H. Kohlmyer, III, Esquire and Mary Grace Dyleski, Esquire of Urban Thier & Federer, P.A. at kohlmyer@urbanthier.com and dyleski@urbanthier.com *(Attorneys for Defendant)*.

                                      */s/ Stefan A. Alvarez*
                                      Stefan A. Alvarez
                                      Florida Bar No.: 100681
                                      Stefan@TheConsumerProtectionFirm.com
                                      William Peerce Howard
                                      Florida Bar No.: 0103330
                                      Billy@TheConsumerProtectionFirm.com
                                      The Consumer Protection Firm, PLLC
                                      210-A South MacDill Avenue
                                      Tampa, FL 33609
                                      Tel (813) 500-1500/Fax: (813) 435-2369
                                      *Attorneys for Plaintiff*