**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**MARIA SANTIAGO,**

    **Plaintiff,**

**v.**                                                       **Case No: 8:16-cv-3013-T-35JSS**

**HEALTHCARE REVENUE RECOVERY
GROUP, LLC,**

    **Defendant.**

___

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Joint Stipulation for Dismissal with Prejudice, (Dkt. 19) and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 24th day of March, 2017.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party